OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1M
0004279596
$ 00.26⁵
FEB 03 2015
MAILED FROM ZIP CODE 78701

1/28/2015

GOMEZ, CARLOS       Tr. Ct. No. D-1-DC-06-301119-C        WR-78,041-04

On this day, this Court has denied applicant's "MOTION TO SUPPRESS THE STATE COURT RECOMMENDS TO DISMISS TO APPLICANT HIS A WRIT APPLICATION...".

Ulloq(Carlos Atilio) Abel Acosta, Clerk

RTS #
name # doesn't match

CARLOS GOMEZ
MICHAEL UNIT - TDC # 1423114
P. O. BOX 4500
TENNESSEE COLONY, TX 75886

ANK